IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| MARC NELSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Acting Commissioner of the Social Security Administration,<br><br>　　　　Defendant. | Civil No. 6:21-CV-695-HZ<br><br><br>ORDER FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |

　　After considering Plaintiff's motion and supporting documents and Defendant's Response, it is hereby ORDERED that attorney's fees in the amount of $13,163.60 be awarded to Jeffrey H. Baird, to be paid from Plaintiff's past-due benefits pursuant to 42 U.S.C. § 406(b). This amount takes the previously awarded EAJA fee into consideration, so no further offset shall be applied.

　　IT IS SO ORDERED.

　　DATED this ___20___ day of _____June_____, 2024.

_/s/ Marco Hernandez_
UNITED STATES DISTRICT JUDGE

Presented by:

Jeffrey H. Baird
Dellert Baird Law Offices, PLLC
2825 NE Brazee St.
Portland, OR   97212
Telephone:  (206) 518-8163
FAX:  (360) 824-9371
jeffreyhbaird@comcast.net

Page 2      ORDER
            [6:21-CV-695-HZ]